# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NATIONWIDE JUDGMENT
RECOVERY, INC.,

      Plaintiff,

v.                                          Case No:   6:21-mc-114-CEM-LHP

EDGARD J. MORALES,

      Defendant

---

## ORDER

On August 14, 2017, a final judgment was entered in the United States District Court for the Western District of North Carolina in favor of Kenneth D. Bell, in his capacity as court-appointed receiver for Rex Venture Group, LLC, d/b/a ZeekRewards.com ("Bell"), and against several individual class members, including Defendant Edgard J. Morales.  Doc. No. 1-1.  On September 20, 2021, Matthew Orso ("Orso"), as successor receiver to Bell, registered a certified copy of that foreign judgment with this Court.  Doc. Nos. 1, 1-1.  Nationwide Judgment Recovery, Inc. ("Nationwide") has since been substituted as the party-Plaintiff.  Doc. No. 9.

Nationwide now seeks a writ of garnishment to be issued against garnishee Wells Fargo Bank, N.A.  Doc. No. 26.  Nationwide has included a proposed writ with the motion.  Doc. No. 26.  Upon review, Nationwide's motion (Doc. No. 26) is **GRANTED**, and the **Clerk of Court** is **DIRECTED** to issue the proposed writ (Doc. No. 26-1).

**DONE** and **ORDERED** in Orlando, Florida on February 27, 2024.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties